**JUDGE CEDARBAUM**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

D'AMATO DI NAVIGAZIONE S.P.A.

                Plaintiff,

-v-

SOURCE LINK SHIPPING CO. LTD.,
SOURCE LINK SHIPPING CO. LTD., BVI,
and SOURCE LINK SHIPPING CO. LTD.,
NANJING,

                Defendants.
---------------------------------------------------------x

**07 CV 2945**

07 CV

**STATEMENT PURSUANT TO F.R.C.P 7.1**



RECEIVED APR 12 2007 U.S.D.C. S.D.N.Y. CASHIER

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, D'AMATO DI NAVIGAZIONE S.P.A., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       April 12, 2007

                                            CHALOS, O'CONNOR & DUFFY, L.L.P.
                                            Attorneys for Plaintiff
                                            D'AMATO DI NAVIGAZIONE, S.P.A.

By:   _____
       George M. Chalos (GC-8693)
       366 Main Street
       Port Washington, New York 11050
       Tel: (516) 767-3600
       Fax: (516) 767-3605
       Email: gmc@codus-law.com