Cedarbaum, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
D'AMATO DI NAVIGAZIONE S.P.A.

                          Plaintiff,                  07 CV 2945 (MGC)

-v-

SOURCE LINK SHIPPING CO. LTD.,
SOURCE LINK SHIPPING CO. LTD., BVI,
and SOURCE LINK SHIPPING CO. LTD.,
NANJING,

                          Defendants.
----------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL AND ORDER**

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, D'AMATO DI NAVIGAZIONE S.P.A., as to defendants, SOURCE LINK SHIPPING CO. LTD., SOURCE LINK SHIPPING CO. LTD., BVI, and SOURCE LINK SHIPPING CO. LTD, NANJING, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendants have not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       April 13, 2007

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
D'AMATO DI NAVIGAZIONE S.P.A.

By: _____
George M. Chalos (GC-8693)
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax:  (516) 767-3605
Email: gmc@codus-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/07

SO ORDERED:

_____
Hon. Miriam Goldman Cedarbaum, U.S.D.J.

April 16, 2007